**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | |
| CYNDI B. MARKIS ) | |
| ) | Case No.: 3:14-bk-05085-JAF |
| Debtor. ) | |
| ) | Chapter 7 |
| _____) | |

**ORDER GRANTING AMENDED MOTION TO AVOID JUDICIAL LIEN OF**
**CITIBANK (SOUTH DAKOTA) N.A. ON EXEMPT PROPERTY**

THIS CASE is before the Court upon the Debtor's Amended Motion to Avoid Judicial Lien of Citibank (South Dakota) N.A. on Exempt Property (the "Motion") (Doc. No. 39) filed pursuant to the negative notice provisions of Local Rule 2002-4. This Court, having considered the Motion and the absence of any record objection to the relief requested in the Motion by any party in interest, deems the Motion to be unopposed. Accordingly, it is:

**ORDERED:**

1.   The Motion is **GRANTED**.

2.   The Judgment Lien of Citibank (South Dakota) N.A., created by the filing of a Final Judgment on December 9, 2010 in the Public Records of St. Johns County, FL at O.R. Book 3385, Page 481-481 on Debtor's exempt property located at 72 Tifton Way North, Ponte Vedra Beach, FL 32082 and more particularly described as:

> Unit Number 10-72, TIFTON COVE, a condominium formerly known as Bermuda Cove Condominium, according to the Declaration of Condominium as recorded in Official Records Book 310 page 192; as amended by First Amendment to Declaration of Condominium, record

>in Official Records Book 329 page 361, and re-recorded in Official Records Book 332 page 487; further amended by Second Amendment to the Declaration of Condominium, recorded in Official Records Book 346 page 308 and then by Third Amendment to the Declaration of Condominium, recorded in Official Records Book 804 page 1777, Amendment, recorded in Official Records Book 984 page 288, all of the public records of St. Johns County, Florida, together with an undivided interest in the common elements appurtenant thereto.

be and is, avoided pursuant to 11 U.S.C. § 522(f).

DONE and ORDERED in Jacksonville, Florida, this 1st day of May, 2015

_____
Jerry A. Funk
United States Bankruptcy Judge

Attorney Ryan Moore is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.